```
HAZS0              *         INMATE DISCIPLINE DATA         *      11-30-2022
PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD   *      12:13:15

REGISTER NO: 10134-082 NAME..: MCKINNON, SEAN
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-30-2022

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3203508 - SANCTIONED  INCIDENT DATE/TIME: 12-18-2018 1035
UDC HEARING DATE/TIME: 12-19-2018 1057
FACL/UDC/CHAIRPERSON.: HAZ/F/RUSSO
REPORT REMARKS.......: WRITTEN REPORT IN SECT 11
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP OTHER   / 14 DAYS / CS
                  FROM: 12-19-2018  THRU: 01-01-2019
        COMP:    LAW:    14 DAYS IMPOUND PROPERTY
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3126881 - SANCTIONED  INCIDENT DATE/TIME: 05-21-2018 1730
DHO HEARING DATE/TIME: 05-30-2018 0840           DHO REPT DEL: 06-07-2018 0930
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: INMATE ADMITTED CHARGE
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 5 ATI: DDC
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 1 YEARS / CS
        COMP:    LAW:    RESTORE: 08-30-2019
        LP VISIT   / 1 YEARS / CS
        COMP:    LAW:    RESTORE: 09-07-2019
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3037708 - SANCTIONED  INCIDENT DATE/TIME: 09-26-2017 0715
DHO HEARING DATE/TIME: 10-11-2017 1335           DHO REPT DEL: 11-14-2017 1530
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: CLAIMS THEY WERE TATTOO NEEDLES
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 4 ATI: DPC
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P   PLRA
        DS         / 7 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 1 YEARS / CS
        COMP:    LAW:    RESTORE 10-11-2018
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3040192 - SANCTIONED  INCIDENT DATE/TIME: 10-03-2017 0810
UDC HEARING DATE/TIME: 10-04-2017 0955
FACL/UDC/CHAIRPERSON.: HAZ/C/RUSSO
REPORT REMARKS.......: FOUND TO HAVE COMMITTED PROHIBITED ACT BASED ON BODY OF
                       REPORT AND INMATE ADMISSION.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP MATTRES / 10 DAYS / CS
        COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
HAZS0          *      INMATE DISCIPLINE DATA         *    11-30-2022
PAGE 002       *   CHRONOLOGICAL DISCIPLINARY RECORD  *    12:13:15

REGISTER NO: 10134-082 NAME..: MCKINNON, SEAN
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-30-2022

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3024426 - SANCTIONED INCIDENT DATE/TIME: 08-21-2017 1040
DHO HEARING DATE/TIME: 08-30-2017 1025          DHO REPT DEL: 10-12-2017 1749
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: DENIES CHARGE
    113  POSSESSING DRUGS/ALCOHOL - FREQ: 3 ATI: DPC
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P   PLRA
         FF NVGCT   / 28 DAYS / CS
         COMP:010 LAW:P   PLRA. 100% OF NONVESTED GCT. TO DEMONSTRATE
                          SERIOUSNESS AND FREQUENCY OF INCIDENT
         LP COMM    / 1 YEARS / CS
         COMP:    LAW:    RESTORE 08-30-2018
         LP VISIT   / 1 YEARS / CS
         COMP:    LAW:    RESTORE 09-07-2018. RUN CS W/ IR #2884780
    115  DESTROY/DISPOSE ITEM-SEARCH - FREQ: 1
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P   PLRA
         DS         / 7 DAYS / CS
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2999275 - SANCTIONED INCIDENT DATE/TIME: 06-15-2017 0950
DHO HEARING DATE/TIME: 06-22-2017 1105          DHO REPT DEL: 08-10-2017 1318
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: DENIES CHARGE. STATES DVD WAS STUCK IN TV
    219  STEALING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   PLRA
         DS         / 7 DAYS / CS
         COMP:    LAW:
         LP EMAIL   / 90 DAYS / CS
         COMP:    LAW:    RESTORE 09-22-2017
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2884780 - SANCTIONED INCIDENT DATE/TIME: 08-16-2016 1130
DHO HEARING DATE/TIME: 09-07-2016 0935          DHO REPT DEL: 09-20-2016 0800
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: ADMITS TO POSSESSING HYPODERMIC NEEDLE AND TOBACCO
    113  POSSESSING DRUGS/ALCOHOL - FREQ: 2 ATI: DPC
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P   PLRA
         FF NVGCT   / 26 DAYS / CS
         COMP:010 LAW:P   PLRA
         LP COMM    / 180 DAYS / CS
         COMP:    LAW:    RESTORE COMMISSARY ON 03-07-2017



G0002      MORE PAGES TO FOLLOW . . .
```

```
HAZS0           *         INMATE DISCIPLINE DATA         *      11-30-2022
PAGE 003 OF 003 *      CHRONOLOGICAL DISCIPLINARY RECORD   *      12:13:15

REGISTER NO: 10134-082 NAME..: MCKINNON, SEAN
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-30-2022

DHO HEARING DATE/TIME: 09-07-2016 0935 REPORT 2884780 CONTINUED
        LP VISIT   / 1 YEARS / CS
        COMP:     LAW:    RESTORE VISITING ON 09-07-2017
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2828547 - SANCTIONED INCIDENT DATE/TIME: 03-18-2016 1230
DHO HEARING DATE/TIME: 03-30-2016 0905           DHO REPT DEL: 04-20-2016 0725
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: ADMITTED POSSESSING HYPODERMIC NEEDLE
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DPC
        DIS GCT     / 40 DAYS / CS
        COMP:010 LAW:P   PLRA
        DS          / 7 DAYS / CS
        COMP:     LAW:
        LP VISIT   / 180 DAYS / CS
        COMP:     LAW:    RESTORE VISITING ON 09-30-2016




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```